USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:23-cr-206**

**HOUSTON DIVISION**

USAO Number: 2023R02782
Magistrate Number:

United States Courts
Southern District of Texas
FILED
*May 12, 2023*
Nathan Ochsner, Clerk of Court

CRIMINAL INFORMATION   Filed

Judge: **Lake**

**UNITED STATES of AMERICA**
vs.

Francis Sabo

**ATTORNEYS:**
**Alamdar S. Hamdani, USA**   **(713) 567-9000**
AUSA Thomas H. Carter III   (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Conspiracy to Commit Securities Fraud [18 U.S.C. § 1349]

**PENALTY:** Ct. 1: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**