UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
v. §  CRIMINAL NO:
§
Francis Sabo § **4:23-cr-206**

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  CRIMINAL INFORMATION  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on May 25th, 2023 at 2:00 pm. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

Francis Sabo                                            ☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on May 12, 2023

_____
UNITED STATES MAGISTRATE JUDGE